*Mr. Frank W. Mettler,* for Relatrix.

---

No. 6,262.—STATE EX REL. ZETTA L. CARTER, RELATRIX, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control directed to the District Court of the Fifth Judicial District, in and for the County of Beaverhead, et al.

Decided December 12, 1927.

PER CURIAM.—The application of relatrix for writ of supervisory control is denied.

*Mr. J. E. Kelly* and *Mr. S. P. Wilson,* for Relatrix.

---

No. 6,263.—STATE EX REL. SYLVIA GAYER, RELATRIX, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Prohibition directed to the District Court of the Second Judicial District in and for the County of Silver Bow and Geo. M. Bourquin, a Judge thereof.

Decided December 15, 1927.

PER CURIAM.—The application of relatrix for writ of prohibition is denied.